Kamala D. Harris, State Bar No. 146672
Attorney General of California
Alberto L. Gonzalez, State Bar No. 117605
Supervising Deputy Attorney General
Jennifer Marquez, State Bar No. 232194
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5569
  Fax: (916) 322-8288
  E-mail: Jennifer.Marquez@doj.ca.gov
*Attorneys for Defendants Carlos Hernandez,
Betty Rodriguez and Russ Pettis*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LINDA K. SALTER,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**CARLOS HERNANDEZ; BETTY RODRIGUEZ; RUSS PETTIS; and DOES 1-25, inclusive,**<br><br>                              Defendants, | 1:13-CV-01688-LJO-BAM<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**STIPULATION**

The parties, by and through their respective attorneys, stipulate and agree to extend the time for Defendants Carlos Hernandez, Betty Rodriguez and Russ Pettis to file a responsive pleading to Plaintiff's First Amended Complaint, from October 25, 2013, up to and including November 8, 2013.

Date: October 25, 2013                            /s/ *NICHOLAS A. CAPOZZI*
                                                  NICHOLAS A. CAPOZZI
                                                  Attorney for Plaintiff Linda K. Salter

1

| | |
|---|---|
| Date: October 25, 2013 | /s/ *Jennifer Marquez* <br> JENNIFER MARQUEZ <br> Attorney for Defendants Carlos Hernandez, <br> Betty Rodriguez and Russ Pettis |

**ORDER**

The Court GRANTS the request to extend the time for Defendants to file a responsive pleading to Plaintiff's Amended Complaint.

**IT IS HEREBY ORDERED** that Defendants have until November 8, 2013 to file a responsive pleading to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

| | |
|---|---|
| Dated:   **November 7, 2013** | /s/ *Barbara A. McAuliffe* <br> UNITED STATES MAGISTRATE JUDGE |

2

STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE A RESPONSIVE
PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT  (1:12-cv-01852-LJO-BAM)