Kamala D. Harris, State Bar No. 146672
Attorney General of California
Alberto L. Gonzalez, State Bar No. 117605
Supervising Deputy Attorney General
Jennifer Marquez, State Bar No. 232194
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5569
 Fax: (916) 322-8288
 E-mail: Jennifer.Marquez@doj.ca.gov
*Attorneys for Defendants Carlos Hernandez,
Betty Rodriguez and Russ Pettis*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LINDA K. SALTER,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**CARLOS HERNANDEZ; BETTY RODRIGUEZ; RUSS PETTIS; and DOES 1-25, inclusive,**<br><br>                                    Defendants, | 1:13-CV-01688-LJO-BAM<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**STIPULATION**

The parties, by and through their respective attorneys, stipulate and agree to extend the time for Defendants Carlos Hernandez, Betty Rodriguez and Russ Pettis to file a responsive pleading to Plaintiff's First Amended Complaint, from October 25, 2013, up to and including November 8, 2013.

Date: October 25, 2013                                        /s/ *NICHOLAS A. CAPOZZI*
                                                                              NICHOLAS A. CAPOZZI
                                                                              Attorney for Plaintiff Linda K. Salter

1

| | |
|---|---|
| Date: October 25, 2013 | /s/ *Jennifer Marquez*<br>JENNIFER MARQUEZ<br>Attorney for Defendants Carlos Hernandez,<br>Betty Rodriguez and Russ Pettis |

### ORDER

The Court GRANTS the request to extend the time for Defendants to file a responsive pleading to Plaintiff's Amended Complaint.

**IT IS HEREBY ORDERED** that Defendants have until November 8, 2013 to file a responsive pleading to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:   **November 7, 2013**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT  (1:12-cv-01852-LJO-BAM)